| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, Bar #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | FRANCISCO MOREIRA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-415 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) | |
| | ) | |
| FRANCISCO MOREIRA, | ) | Date: February 21, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Kimberly J. Mueller |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW G. MORRIS, Assistant U.S. Attorney, and defendant, FRANCISCO MOREIRA, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Tuesday, December 6, 2011, be continued to Tuesday, February 21, 2012, at 9:30 a.m.

The reason for this continuance is because extensive additional discovery was provided to defense counsel on November 22, 2011. Defense counsel needs time to review the discovery, examine the possible defenses, and continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, November 28, 2011, through and including the date of the new status conference hearing, February 21, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

///

///

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 28, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:

*/s/ Lexi Negin for*
MATTHEW G. MORRIS
Assistant U.S. Attorney
Attorney for United States

DANIEL J. BRODERICK
Federal Defender


*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
FRANCISCO MOREIRA

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on November 28, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, December 6, 2011, be vacated and that the case be set for **Tuesday, February 21, 2012, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 28, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, November 28, 2011, through and including February 21, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 28, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge