DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MOREIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-415 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| FRANCISCO MOREIRA, | Date: May 22, 2012 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through MATTHEW G. MORRIS, Assistant U.S. Attorney, and defendant, FRANCISCO MOREIRA, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Tuesday, February 21, 2012, be continued to Tuesday, May 22, 2012, at 9:30 a.m.

The reason for this continuance is because defense counsel needs additional time to review the discovery with the client as he was just recently released from the residential treatment program, and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, February 15, 2012, through and including the date of the new status conference hearing, May 22, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

///

///

1  with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance
2  outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 15, 2012

    Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

By:

*/s/ Lexi Negin for*                    */s/ Lexi Negin*
MATTHEW G. MORRIS            LEXI NEGIN
Assistant U.S. Attorney             Assistant Federal Defender
Attorney for United States          Attorney for Defendant
                                          FRANCISCO MOREIRA

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 15, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, February 21, 2012, be vacated and that the case be set for **Tuesday, May 22, 2012, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 15, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, February 15, 2012, through and including May 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 15, 2012

                                         /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Court Judge