DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MOREIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-415 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| FRANCISCO MOREIRA, | Date: June 19, 2012 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through MATTHEW G. MORRIS, Assistant U.S. Attorney, and defendant, FRANCISCO MOREIRA, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Tuesday, May 22, 2012, be continued to Tuesday, June 19, 2012, at 9:30 a.m.

The reason for this continuance is because additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, May 15, 2012, through and including the date of the new status conference hearing, June 19, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

///

///

///

with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 15, 2012

    Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

By:

| | |
|---|---|
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| MATTHEW G. MORRIS | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Defendant |
| | FRANCISCO MOREIRA |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 15, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 22, 2012, be vacated and that the case be set for **Tuesday, June 19, 2012, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 15, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 15, 2012, through and including June 19, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 15, 2012

                                                      /s/ John A. Mendez
                                                      JOHN A. MENDEZ
                                                      United States District Court Judge