| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, Bar #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | FRANCISCO MOREIRA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-415 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO VACATE** |
| | ) | **STATUS HEARING AND TO SET CHANGE** |
| v. | ) | **OF PLEA HEARING AND EXCLUDE TIME** |
| | ) | **PURSUANT TO THE SPEEDY TRIAL ACT** |
| FRANCISCO MOREIRA, | ) | |
| | ) | Date: July 31, 2012 |
| Defendant. | ) | Time: 9:45 a.m. |
| | ) | Judge: John A. Mendez |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris, Assistant U.S. Attorney, and defendant, FRANCISCO MOREIRA, by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference currently set for Tuesday, July 17, 2012, be vacated and a change of plea hearing date of July 31, 2012, at 9:45 a.m., be set.

The reason for this continuance is because the parties have reached an agreement in the case but additional time is needed to work out the details and finalize the written plea agreement, and for defense counsel to prepare Mr. Moreira.

It is further stipulated that the time period from the date of this stipulation, July 9, 2012, through and including the date of the change of plea hearing, July 31, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the

///

///

reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 9, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| By: | |
| */s/ Lexi Negin for*<br>MATTHEW G. MORRIS<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>FRANCISCO MOREIRA |

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on July 9, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, July 17, 2012, be vacated and that the case be set for change of plea hearing on **Tuesday, July 31, 2012, at 9:45 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 9, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, July 9, 2012, through and including July 31, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 9, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge