BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00415 JAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| FRANCISCO MOREIRA, | |
| Defendant. | |

Based upon the entry of plea and the application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Francisco Moreira, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 492 and 982(a)(2)(B) and 28 U.S.C. § 2461(c), defendant Francisco Moreira's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $12,471 in counterfeit federal reserve notes; and

   b. Kodak ESP 3250 printer, serial number CNIK557572254A7V2657.

2. The above-listed property constitutes counterfeits of

obligations or other securities of the United States or any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. § 471.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U. S. Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. §§ 492 and 982(a)(2)(B) and 28 U.S.C. § 2461(c) in which all interests will be addressed.

SO ORDERED this 7th day of August, 2012.

/s/ John A. Mendez
_____
JOHN A. MENDEZ
United States District Court Judge